**Motion Granted; Dismissed and Memorandum Opinion filed April 30, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00181-CV

---

**LINDA TURNER, Appellant**

**V.**

**DOW CORNING CORPORATION, DOW CORNING WRIGHT CORPORATION, SUZY PFARDRESHER, GERALD JOHNSON MD, FRANCISCO RUIZ MD, PHILIP ROTHENBERT MD, GENERAL ELECTRIC COMPANY, FRANK J. GEROW MD, THOMAS CRONIN MD, MICHAEL EISENMAN MD, SENG DOI MD, RONALD HOLMES MD, CESAR GUERRA MD, JOSEPH AGRIS MD, JEAN CUKIER MD, THOMAS BIGGS MD, BILLY RINGER MD, FRANKLIN ROSE MD, WILMER WEST MD, CURTIS BALDWIN MD, RICHARD VARIK MD, JOHN CHRIST MD, EDWARD MELMED MD, MILTON ROWLEY MD, WESLEY WASHBURN MD, SIROD CORPORATION, SURGITEK INC., COOPERVISION INC, 21 INTERNATIONAL HOLDINGS FKA KNOLL INTERNATIONAL, CBI MEDICAL INC., WILSHIRE FOAM PRODUCTS INC., DENNIS LYNCH MD, UNION CARBIDE, HARLAN POLLOCK MD, BILL SULLIVAN, BAXTER HEALTHCARE CORPORATION, Appellees**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 1992-08778**

---

# M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On April 17, 2013,

appellant, Linda Turner, filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Jamison.